UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
OFFICE OF THE CLERK
M. L. KING JR. FEDERAL BLDG. & U.S. COURTHOUSE
50 WALNUT STREET, P.O. BOX 419
NEWARK, NJ 07101-0419
(973) 645-3730

CAMDEN OFFICE
ONE JOHN F. GERRY PLAZA
FOURTH & COOPER STREETS
CAMDEN, NJ 08101

TRENTON OFFICE
402 EAST STATE STREET
Room 2020
TRENTON, NJ 08608



William T. Walsh
Clerk

REPLY TO:  Camden

September 23, 2021

U.S.D.C
Middle District of Pennsylvania
United States Courthouse
240 West Third Street
Suite 114
Williamsport, PA 17701-6458

**Re: U.S.A. -v- Nazirah Showell
Our Docket No. 21-mj-4021 (MJS)
Your Docket No. 4:21-cr-172-11**

Dear Clerk:

Please be advised that an Initial Appearance was held in the above-captioned case pursuant to Rule 5 of the Federal Rules of Criminal Procedure. You can obtain the original record by accessing CM/ECF through PACER. Kindly acknowledge receipt on the duplicate of this letter, which is provided for your convenience.

Sincerely,

WILLIAM T. WALSH, Clerk

By:     s/Ryan Sanders
        Deputy Clerk

**RECEIPT ACKNOWLEDGED BY:** _Nicole R. Reynolds_
**DATE:** 9/30/21